# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE UPDATED LIST OF ATTORNEYS SUSPENDED FOR FAILURE TO PAY 2016 ANNUAL ATTORNEY-LICENSE FEE | **Opinion Delivered** June 9, 2016 |

## PER CURIAM

On April 28, 2016, we issued an opinion pursuant to Rule VII(C) of the Rules Governing Admission to the Bar identifying attorneys who were suspended from the practice of law in the State of Arkansas due to the failure of those attorneys to pay their 2016 annual attorney-license fees. *See In re Suspensions of Attorneys Who Failed to Pay 2016 Annual Attorney-License Fee*, 2016 Ark. 195 (per curiam). Since the issuance of that opinion, some attorneys have been reinstated by becoming current on the past-due fees and penalties, and some attorneys have surrendered their licenses voluntarily.

Rule VII(C)(18) requires that we periodically provide an updated list of attorneys suspended for failure to pay annual fees. Attached is an updated list. The attorneys listed in Category 1 have not paid their license fees, have remained suspended for nonpayment, and shall not practice law in this state until they are reinstated to good standing. The attorneys listed in Category 2 were suspended for failure to pay license fees, have become current on the fees and penalties, and are reinstated to their pre-suspension statuses. We caution that placement in Category 2 is proof of good standing only as to payment of license fees. Information regarding the status of an attorney's license may be obtained from the clerk of this court.

We take this opportunity to remind those attorney who no longer want an attorney's license that were are permitting suspended attorneys to surrender their licenses voluntarily without paying past fees and penalties, and we will continue to do so until December 31, 2016. *See In re Amendments to Rules Governing Admission to the Bar, Rule VII*, 2015 Ark. 280 (per curiam). Attorneys who wish to petition this court to surrender their licenses voluntarily should begin that process by contacting the Office of the Committee on Professional Conduct.

 
## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 78002**

John Harold Adametz, Jr.
North Little Rock, AR

**Bar Number: 2008017**

Chad M. Allen
Bentonville, AR

**Bar Number: 74196**

Richard Legrande Arnold
Dallas, TX

**Bar Number: 87001**

Andy E. Adams
Fayetteville, AR

**Bar Number: 97187**

George Antonio Anaya
Cincinatti, OH

**Bar Number: 95053**

Phyllis Ann Atha
Ozark, AR

**Bar Number: 98089**

Christy Malyn Adams
Bella Vista, AR

**Bar Number: 2004066**

Michelle K. Anderson
Fayetteville, AR

**Bar Number: 94240**

J. Andrew Atkins
Richardson, TX

**Bar Number: 94065**

Hannah Whitley Addington
Texarkana, TX

**Bar Number: 82184**

Stephen N. Anderson
Santiago, Ch

**Bar Number: 2008100**

Garland Eugene Autrey
Chicago, IL

**Bar Number: 95102**

Jeff Mansfield Addison
New Boston, TX

**Bar Number: 87005**

Suzanne Antley
San Diego, CA

**Bar Number: 89042**

Sharon Louise Autry
Avondale, AZ

**Bar Number: 75185**

Thomas R. Adkins
Houston, TX

**Bar Number: 99185**

Lesley Carole Ardemagni
Keller, TX

**Bar Number: 2001002**

Linda S. Auwers
Washington, DC

**Bar Number: 98072**

Frank Adler
Keller, TX

**Bar Number: 86179**

Debra A. Armstrong-Wright
Auburn, AL

**Bar Number: 83011**

Lawrence H. Averill, Jr.
Winston Salem, North Carolina

**Bar Number: 88014**

Steve Alexander
San Diego, CA

**Bar Number: 82003**

Karen L. Arndt
Berkeley, CA

**Bar Number: 95198**

Patricia Maidt Baggett
Rogers, AR

**Bar Number: 83004**

Bruce W. Allen
Malvern, AR

**Bar Number: 78180**

Jenelle M. Arnold
Minneapolis, MN

**Bar Number: 95124**

Alicia Clifton Baladi
Madison, MS



## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 84169**

Mark Lehn Baldwin, Jr.
Kansas City, MO

**Bar Number: 78011**

Carey Edward Basham
Little Rock, AR

**Bar Number: 88016**

Tom Arnold Bennett
Wilson, AR

**Bar Number: 80166**

John W. Ball, III
San Diego, CA

**Bar Number: 84008**

Joyce E. Batchelor
Jonesboro, AR

**Bar Number: 79014**

Paul Robert Bergant
Rogers, AR

**Bar Number: 82222**

Ed W. Bankston
Lafayette, LA

**Bar Number: 98062**

Jill M. Beall
Little Rock, AR

**Bar Number: 81176**

C. Glen Berry, Jr.
Mary Ester, FL

**Bar Number: 92219**

Nathan Eric Barnard
Tulsa, OK

**Bar Number: 87197**

Beth E. Beavers
Germantown, TN

**Bar Number: 93017**

Daniel L. Berry
Cape Girardeau, MO

**Bar Number: 82185**

John Lancaster Barnes
Fairbanks, AK

**Bar Number: 95014**

Jonny Beth Beazley
Charlotte, NC

**Bar Number: 92011**

James D. Berry, Jr.
Shawnee, OK

**Bar Number: 85182**

Timothy Kent Barnes
Clarksville, TN

**Bar Number: 94171**

Brian Craig Been
Tulsa, OK

**Bar Number: 2008287**

Dawn M. Bertram
Fayetteville, AR

**Bar Number: 98216**

Catherine Emily Barrier
Little Rock, AR

**Bar Number: 83019**

Ann Marie Bell
Houston, TX

**Bar Number: 72007**

Sanford L. Beshear, Jr.
Taylorsville, UT

**Bar Number: 83017**

Dale Raymond Barron
Dallas, TX

**Bar Number: 71006**

Harvey L. Bell
FPO, AP

**Bar Number: 72117**

Nicholas C. Bierwirth
Plymouth, MI

**Bar Number: 82011**

Edward T. Barry
Jonesboro, AR

**Bar Number: 2005101**

Bruce Lamar Bennett
Little Rock, AR

**Bar Number: 74161**

John Frederick Bischoff
Apton, MN


## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 91080**

Steven Thomas Blair
Cranston, RI

**Bar Number: 78181**

Robert Atherton Blanshard
Dallas, TX

**Bar Number: 2000014**

DeLisa K. Blanton
Gilbert, AZ

**Bar Number: 2003219**

Charles Mills Bleil, Jr.
Dallas, TX

**Bar Number: 92228**

Richard James Blevins
Ocean Springs, MS

**Bar Number: 89145**

William Ward Blevins
Little Rock, AR

**Bar Number: 80169**

Barry Lynn Blixt
Odenton, MD

**Bar Number: 91020**

P. Maureen Bock-Dill
Salem, OR

**Bar Number: 93079**

Richard Boling
Hopkinsville, KY

**Bar Number: 80170**

Frank C. Bolton
Phoenix, AZ

**Bar Number: 2000019**

Maradith Tuten Boone
Baton Rouge, LA

**Bar Number: 99032**

Douglas MacMillan Borthwick
Santa Ana, CA

**Bar Number: 2007017**

Tina Fernandes Botts
Marion, AR

**Bar Number: 82023**

Charles Phillip Boyd, Jr.
Little Rock, AR

**Bar Number: 2004193**

Kristen Mark Boyd
Little Rock, AR

**Bar Number: 2010078**

Michael Brennen Boze
Houston, TX

**Bar Number: 2000169**

Frank Joseph Bozzo
Mountain Home, AR

**Bar Number: 91121**

Michael Patrick Bradley
Fort Smith, AR

**Bar Number: 2001160**

Holly Elizabeth Brady
Maumelle, AR

**Bar Number: 92215**

Tamara Lee Brantley
Little Rock, AR

**Bar Number: 80017**

Charles Norton Bray
North Little Rock, AR

**Bar Number: 2001157**

Robert Ray Briggs
Fort Smith, AR

**Bar Number: 85017**

Gregory G. Brittain
Lavaca, AR

**Bar Number: 94088**

Robert Dean Britton
Fayetteville, AR

**Bar Number: 91256**

Jasper S. Brock, IV
Denham Springs, LA

**Bar Number: 89203**

Johnie Phillip Brock
APO-AE

**Bar Number: 91210**

Michael Derek Brock
Enterprise, AL


## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 99131**

Pamela Brogdon
Stafford, TX

**Bar Number: 95069**

William Robert Bruce
Memphis, TN

**Bar Number: 85186**

Addie Marie Burks
Memphis, TN

**Bar Number: 2006113**

Evest A. Broussard, III
Baton Rouge, LA

**Bar Number: 2010096**

Montie Bryant
Benton, AR

**Bar Number: 88078**

Mark Terry Burnette
Little Rock, AR

**Bar Number: 94101**

Jackie Lane Brown
Mercer Island, WA

**Bar Number: 89112**

Clay Thomas Buchanan
Rockwall, TX

**Bar Number: 77158**

Wilson Howard Busby
Jenks, OK

**Bar Number: 2005015**

John Lestage Brown
Smyrna, GA

**Bar Number: 99218**

Kristine M. Buchanan
Conway, AR

**Bar Number: 76155**

Lynn Jeanne Bush
Washington, DC

**Bar Number: 2008013**

Jon Ed Brown
Idabel, OK

**Bar Number: 94066**

Deborah Katherine Buckley
Fayetteville, AR

**Bar Number: 74021**

Charles L. Bussey
St. Louis, MO

**Bar Number: 98007**

Mary Jennifer Brown
Little Rock, AR

**Bar Number: 94048**

Paul D. Budd
Birmingham, AL

**Bar Number: 91067**

Evert K. Byington
Springfield, VA

**Bar Number: 87201**

Sanford Morris Brown
Dallas, TX

**Bar Number: 74019**

Thomas Alexander Buford
Haynes, AR

**Bar Number: 92063**

Martha Morse Cade
Alexandria, LA

**Bar Number: 77156**

Shawna Lynne Brown
Dallas, TX

**Bar Number: 87202**

John Leonard Burket
Clinton Township, MI

**Bar Number: 76156**

Jerry Bruce Cain
Laredo, TX

**Bar Number: 84171**

Robert P. Bruce
Jackson, LA

**Bar Number: 91092**

Jane Burkett
Russellville, AR

**Bar Number: 85183**

Mildred Boellner Cain
Richmond, VA

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2003074**

Meredith Rondeau Campbell
Austin, TX

**Bar Number: 95126**

H. John Chakales
Austin, TX

**Bar Number: 86036**

Marie Elizabeth Clark
Taylor, AR

**Bar Number: 89155**

Keith Carle
Jonesboro, AR

**Bar Number: 95136**

David M. Chambers
Fort Lauderdale, FL

**Bar Number: 91216**

Michael R. Clarke
Lawrence, KS

**Bar Number: 72018**

Steven N. Carlson
Little Rock, AR

**Bar Number: 80172**

Ann Elizabeth Chase
Rochester, NY

**Bar Number: 2008089**

Karen Gwinn Clay
Jackson, MS

**Bar Number: 91192**

Denise J. Caron
Fayetteville, AR

**Bar Number: 2006206**

Vera Chenault
Little Rock, AR

**Bar Number: 75152**

Eric Scott Clifford
Paris, TX

**Bar Number: 87026**

G. Scott Caroom
Little Rock, AR

**Bar Number: 80027**

Bertha T. Ching
Memphis, TN

**Bar Number: 83197**

Benjamin J. Clifton
Longview, TX

**Bar Number: 85023**

Joseph Steed Carson
Tavares, FL

**Bar Number: 81180**

Larry Gene Chipman
Cameron, MO

**Bar Number: 2002188**

Amber M. Cline
Dallas, TX

**Bar Number: 2002162**

Asheton Mills Carter
Fort Smith, AR

**Bar Number: 85026**

Murray Rickliffe Choate, II
Charleston, IL

**Bar Number: 2007200**

Jennifer L. Clingan
Birmingham, AL

**Bar Number: 76158**

Ralph F. Carter
Grand Forks, ND

**Bar Number: 2000037**

Stanley Dean Christopher
Signapore

**Bar Number: 78182**

David H. Clippert
Atlanta, GA

**Bar Number: 91259**

Katherine K. Cecala
Phoenix, AZ

**Bar Number: 74166**

William Bates Churchill
Crofton, MD

**Bar Number: 2000061**

Damon Neil Cluck
Sherwood, AR



SLIP OPINION

Category 1

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 2006147**

Theodore Sizer Cochran
Little Rock, AR

**Bar Number: 88086**

Wilton Mitchell Cone
Brentwood, TN

**Bar Number: 76022**

Mary Elizabeth Crocker
Lee's Summit, MO

**Bar Number: 93063**

Debra Jean Coffey
Tulsa, OK

**Bar Number: 88055**

Judith Ann Conway
Marshall, AR

**Bar Number: 72029**

Robert Paul Crockett
Clinton, AR

**Bar Number: 82033**

Clifford M. Cole
Memphis, TN

**Bar Number: 94081**

Mary Virginia Cooper
Dallas, TX

**Bar Number: 84174**

Jerome L. Croston, Jr.
Dallas, TX

**Bar Number: 83031**

Jane E. Colhoff
Black Hawk, SD

**Bar Number: 83043**

Mark W. Corley
Fayetteville, AR

**Bar Number: 77037**

Williams George Crowe
Springfield, MO

**Bar Number: 2012274**

Christopher Hart Collins
Little Rock, AR

**Bar Number: 87040**

Mary-Corinne Corley
Kansas City, MO

**Bar Number: 2001271**

Jonathan T. Crump
Tupelo, MS

**Bar Number: 93212**

Sean Clayton Collyge
Bentonville, AR

**Bar Number: 2008070**

Aaron Paul Cousins
Rogers, AR

**Bar Number: 96095**

Susan Beth Crumpler
Eustis, FL

**Bar Number: 77033**

Rodney Edward Combs
St. Joseph, MO

**Bar Number: 88029**

Norman Glenn Cox
De Queen, AR

**Bar Number: 93026**

Roberto G. Culas
West Valley City, UT

**Bar Number: 91181**

William B. Combs
Bentonville, AR

**Bar Number: 2000047**

Joseph Crabtree, Jr.
Memphis, TN

**Bar Number: 92233**

John Thomas Cunningham
Washington, DC

**Bar Number: 97148**

Jennifer Brynn Compton
North Little Rock, AR

**Bar Number: 77160**

Lynn-Marie Crider
Portland, OR

**Bar Number: 96241**

Wendy Stone Dabbous
Memphis, TN


## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 81043**

Kay Ellen Dalby
Little Rock, AR

**Bar Number: 96074**

Christian Diane Denton
Conway, AR

**Bar Number: 98253**

William Michael Doyle
Bangkok 10110

**Bar Number: 2007291**

Erin Marie Dalton
Little Rock, AR

**Bar Number: 2008116**

Brian DeVaney
San Antonio, TX

**Bar Number: 84039**

Claudia Laraine Driver
Springdale, AR

**Bar Number: 2005067**

Tina Marie Damron
Rogers, AR

**Bar Number: 90038**

R. Emily Devenney
Prescott, AR

**Bar Number: 2013178**

Wesley Grant DuBois
Royse City, TX

**Bar Number: 94239**

Paul Douglas Daniel
Harrison, AR

**Bar Number: 91083**

Stacey Allison Dewitt
Dunwoody, GA

**Bar Number: 87055**

Jean Keesee Duffey
Pasadena, TX

**Bar Number: 90070**

Dr. Joshua Joy Dara, Sr.
Pineville, LA

**Bar Number: 96040**

Kimberly Rochell Dickson
Little Rock, AR

**Bar Number: 86015**

Don Dufresne
Russellville, AR

**Bar Number: 2009257**

Courtney Michelle Davis
Newport News, VA

**Bar Number: 78039**

Jayme Smith Dissly
Little Rock, AR

**Bar Number: 2002012**

David Wesley Duke
North Little Rock, AR

**Bar Number: 85190**

Francis Xavier Davis
Austin, TX

**Bar Number: 87205**

Patricia J. Dolson
Elkhart, IN

**Bar Number: 84176**

William Huie Duncan
Arlington, VA

**Bar Number: 87046**

Dale William Davison, Jr.
Little Rock, AR

**Bar Number: 87049**

Timothy M. Domek
Fairchild AFB, WA

**Bar Number: 82058**

Ronda Wayne Dunn, Jr.
Fayetteville, AR

**Bar Number: 80175**

Thomas Joseph Demarco
Camden, NJ

**Bar Number: 88093**

John P. Dotterweich
Bakersfield, CA

**Bar Number: 84177**

Neil Lee Durrance
Texarkana, TX


## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2001200**

Tina Nicole Duvall
Bentonville, AR

**Bar Number: 84042**

Jerry Vinson Elliott
Darien, CT

**Bar Number: 80207**

Kathryn Pool Fisher
West Plains, MO

**Bar Number: 79059**

Awana Lightfoot Dye
Austin, AR

**Bar Number: 72036**

Shade Wooten Epes, Jr.
Little Rock, AR

**Bar Number: 82064**

Davis Geoffrey Fitzhugh
Little Rock, AR

**Bar Number: 89062**

Patricia Ann Eables
Key West, FL

**Bar Number: 93076**

Donna E. Ernsting
Columbus, GA

**Bar Number: 94080**

Philip C. Fletcher
Palestine, TX

**Bar Number: 2006107**

David Brock East
Murfreesboro, TN

**Bar Number: 2011119**

Carin Paris Evans
Fort Worth, TX

**Bar Number: 2011258**

Brittney Dawn Flinn
Fayetteville, AR

**Bar Number: 2004123**

Stephanie Harper Easterling
Chandler, AZ

**Bar Number: 96079**

Berta L. Fandino
Hialeah, FL

**Bar Number: 95059**

Carla D. Flinn
Bella Vista, AR

**Bar Number: 80039**

Nancy Catherine Eddy
North Little Rock, AR

**Bar Number: 91015**

Jean Farmer-Calhoun
Little Rock, AR

**Bar Number: 84046**

Terry L. Flora
Naples, FL

**Bar Number: 2003023**

James J. Edwards
Great Neck, NY

**Bar Number: 2014120**

Christopher Ayres Fasel
Little Rock, AR

**Bar Number: 97219**

Charles Neil Floyd
Rockville, MD

**Bar Number: 78046**

Katherine Dame Ehrenberg
Little Rock, AR

**Bar Number: 97012**

Valerie Fecteau
Eagle, ID

**Bar Number: 95120**

Stuart Wayne Flynn
Tuscaloosa, AL

**Bar Number: 87010**

Faye Ellingson
Portland, OR

**Bar Number: 98038**

Adam Owen Fellows
Texarkana, TX

**Bar Number: 73143**

Robert Lanier Fogg
Memphis, TN



**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

Bar Number: 97108

Robert J. Forrest
Ottumwa, IA

Bar Number: 82193

Caroline Ann Case Fuller
Denver, CO

Bar Number: 89211

John Downing Garnett
Houston, TX

Bar Number: 96105

D. Keith Fortner
Little Rock, AR

Bar Number: 83070

Robert Jack Fuller
Coppell, TX

Bar Number: 86063

Debra Williams Garrison
Little Rock, AR

Bar Number: 91036

Galen Lee Fountain
Washington, DC

Bar Number: 91147

Sherry C. Furr
North Little Rock, AR

Bar Number: 81188

James Douglas Garrison
Dallas, TX

Bar Number: 99208

Robert L. Francoeur
Little Rock, AR

Bar Number: 2011166

J. Daniel Gallagher
McAlester, OK

Bar Number: 93170

Robert McDowell Gentry
Missoula, MT

Bar Number: 86061

Lee Taylor Franke
Rogers, AR

Bar Number: 87146

Janet P. Gallman
Fayetteville, AR

Bar Number: 75160

Joseph Gregory Gerard
Little Rock, AR

Bar Number: 2001268

Kimberly J. Franzen
Searcy, AR

Bar Number: 98251

Charles Richard Galloway
Jackson, MS

Bar Number: 83204

Diane Larrison Gibson
Kansas City, MO

Bar Number: 94233

Jon Charles Fredlund
Santa Fe, NM

Bar Number: 2006242

Ronald Stuart Galloway
Dallas, TX

Bar Number: 89204

Cary Lynn Gilbert
Los Angeles, CA

Bar Number: 95256

Robert B. Freeman
Sallisaw, OK

Bar Number: 2013022

Alexander Garcia
San Antonio, TX

Bar Number: 86064

Mel L. Gilbert
Buffalo, MO

Bar Number: 82067

Aaron L. Fuller
Alexander, AR

Bar Number: 79070

Patrick John Gardner
Heber Springs, AR

Bar Number: 78189

John Dee Gilliam
Longview, TX



## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 84054**

Martha P. Gilpatrick
Jonesboro, AR

**Bar Number: 2010143**

Shannon Gene Grant
Jonesboro, AR

**Bar Number: 95026**

R. Anthony Griffin
Little Rock, AR

**Bar Number: 87068**

Yolanda T. Givens
North Las Vegas, NV

**Bar Number: 75048**

James C. Graves
Fairfield, IA

**Bar Number: 98174**

Gadson A. Griffis
Cullowhee, NC

**Bar Number: 85216**

Shelley Lynn Glass
Panana City, FL

**Bar Number: 90194**

Dottie Mae Gray
San Antonio, TX

**Bar Number: 2011007**

Jerry Elizabeth Erzsebet Griffith
Fayetteville, AR

**Bar Number: 86069**

Sandra Jeannine Gooding
Birmingham, AL

**Bar Number: 90074**

Judith Mills Gray
Fayetteville, AR

**Bar Number: 89121**

Gary George Grisso
Tulsa, OK

**Bar Number: 88032**

Randall Dean Goodwin
Texarkana, TX

**Bar Number: 88102**

Therese Hagemann Green
Mobile, AL

**Bar Number: 94004**

David Mark Gunter
Hope, AR

**Bar Number: 84055**

Philip Doyle Gould
Conway, AR

**Bar Number: 84182**

Joyce Rayburn Greene
Montclair, CA

**Bar Number: 80183**

Thad M. Guyer
Medford, OR

**Bar Number: 98237**

James R. Gowen, Jr.
Searcy, AR

**Bar Number: 80053**

Jacquelyn Custer Gregan
Houston, TX

**Bar Number: 87070**

Albert Hall, III
Cabot, AR

**Bar Number: 2005040**

Chad Gowens
Fayetteville, AR

**Bar Number: 74065**

Dennis Ray Griesse
Fayetteville, AR

**Bar Number: 94235**

Cristin Denise Hall
Coppell, TX

**Bar Number: 91253**

Stephen Michael Graham
Dallas, TX

**Bar Number: 98096**

Deborah Denise Griffin
Collierville, TN

**Bar Number: 99045**

Vanessa Hakim Hall
Tampa, FL



**Category 1**

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 83206**

Val Calhoun Halsey
Pensacola, FL

**Bar Number: 2008006**

Robert C. Hardy, Sr.
Houston, TX

**Bar Number: 95236**

Julia Faubion Hedgpeth
Houston, TX

**Bar Number: 2006114**

Cyndia M. Hammond
Texarkana, TX

**Bar Number: 84067**

Mike Scott Harris
Fayetteville, AR

**Bar Number: 81195**

Jud Wiley Heflin
Rogers, AR

**Bar Number: 2006081**

Leslie L. Wilcox Hammond
Long Beach, CA

**Bar Number: 2006141**

Elizabeth A. Hart
Tulsa, OK

**Bar Number: 82196**

Col. Joseph L. Heimann
Highland, IL

**Bar Number: 95013**

Claire Shows Hancock
Little Rock, AR

**Bar Number: 2008095**

Elizabeth Engelkes Hartz
Little Rock, AR

**Bar Number: 97040**

Jeanette Stephens Heimbaugh
Little Rock, AR

**Bar Number: 81193**

D. Michael Hancock
Washington, DC

**Bar Number: 2001229**

Glen Farris Harvey
Tuscaloosa, AL

**Bar Number: 98034**

Tia Helberg
Hot Springs Village, AR

**Bar Number: 84183**

William Warren Hancock
Grand Prairie, TX

**Bar Number: 75163**

John Benham Hawley
Dallas, TX

**Bar Number: 86192**

Robert Brooks Helfrich
Jackson, MS

**Bar Number: 87071**

Mildred Havard Hansen
Little Rock, AR

**Bar Number: 2000044**

Brian Patrick Hayes
Fort Smith, AR

**Bar Number: 2010097**

April McEachern Helms
Birmingham, AL

**Bar Number: 77058**

William Clyde Harbour
Portsmouth, VA

**Bar Number: 98002**

Philip James Hayes
Brentwood, TN

**Bar Number: 77166**

Charles W. Hemingway
Alexandria, VA

**Bar Number: 92173**

Robert Clarence Harder
Fayetteville, AR

**Bar Number: 92170**

Thomas Edward Hays, III
Scotland, UK

**Bar Number: 85213**

Mark Leslie Hendren
Joplin, MO



## Category 1

**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 80185**

David G. Hendricks
Oklahoma City, OK

**Bar Number: 2005061**

Telma Nadvorny Henry
Houston, TX

**Bar Number: 2007109**

Timothy Powell Herron
The Woodlands, TX

**Bar Number: 85072**

Charles Franklin Hickman
Springfield, IL

**Bar Number: 95220**

James Warren Higgins
Maumelle, AR

**Bar Number: 75165**

David Earl Hightower
Bloomington, IL

**Bar Number: 2015070**

Ryan Christopher Hill
Alexander, AR

**Bar Number: 2001277**

Wendy R. Hill
Little Rock, AR

**Bar Number: 2000141**

Lisa Gay Hixon
Davenport, IA

**Bar Number: 72055**

Josef Veachel Hobson
Natural Dam, AR

**Bar Number: 76194**

John Wilbern Hockett
Los Angeles, CA

**Bar Number: 94114**

David Armstrong Hodges, Jr.
Dallas, TX

**Bar Number: 97208**

Michael Scott Hodson
Fayetteville, AR

**Bar Number: 94022**

Lori Ann Hoggard
Roland, AR

**Bar Number: 79166**

James Robert Holbein
Burke, VA

**Bar Number: 84074**

Eric Holcomb
Los Angeles, CA

**Bar Number: 96050**

Vicki Lei Holder
Mena, AR

**Bar Number: 2006049**

Courtney Myers Holland
Texarkana, TX

**Bar Number: 75167**

James Derrell Holland
Baton Rouge, LA

**Bar Number: 94095**

Tonya A. Holley
Little Rock, AR

**Bar Number: 84184**

John Robert Hollis
Hope, AR

**Bar Number: 84185**

Russell A. Hollrah
Washington, DC

**Bar Number: 93031**

Brian Sherwood Holman
Aubrey, TX

**Bar Number: 91240**

T. Wesley Holmes
Dallas, TX

**Bar Number: 2003038**

Lisa L. Honey
San Francisco, CA

**Bar Number: 96099**

Glen Hooks
Little Rock, AR

**Bar Number: 96262**

Brian Edmund Hooper
Rogers, AR


## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 88008**

Gregory Alan Hoover
Texarkana, TX

**Bar Number: 2002126**

Amy Susanne Huffman
North Little Rock, AR

**Bar Number: 94013**

Stephen J. Jackson
Van Horn, TX

**Bar Number: 2003105**

Deborah Houston
Redfield, AR

**Bar Number: 2008020**

Christopher L. Hughes
Van Buren, AR

**Bar Number: 89124**

Beau John Jacob
Morgan Hill, CA

**Bar Number: 92206**

Donald R. Howard
El Paso, TX

**Bar Number: 80065**

Frederick Oliver Humke, III
Monument, CO

**Bar Number: 80069**

Judy Jacobson
Oceanside, CA

**Bar Number: 82225**

David Edward Howe
Peoria, IL

**Bar Number: 96191**

John Mark Huneycutt
Fayetteville, AR

**Bar Number: 89218**

Steven Arnold Jacobson
New York, NY

**Bar Number: 93041**

Tamika Babette Hrobowski
Ellenwood, GA

**Bar Number: 2006224**

Nelson R. Ireson
Little Rock, AR

**Bar Number: 81097**

Richard C. Jans
Little Rock, AR

**Bar Number: 2004212**

Elizabeth Goldner Hubbard
Little Rock, AR

**Bar Number: 86196**

Carol J. Jackson
Fort Worth, TX

**Bar Number: 90021**

James Burton Jennen
Garland, TX

**Bar Number: 92151**

Deborah Jean Hudson
Estes Park, CO

**Bar Number: 91209**

Philip Reid Jackson
Grapevine, TX

**Bar Number: 2006236**

Cory Marshall Johnson
Corpus Christi, TX

**Bar Number: 74079**

James C. Hudson
Barling, AR

**Bar Number: 2002179**

Ruby Carmona Jackson
Rogers, AR

**Bar Number: 85200**

Laura J. Johnson
Windfell, LA

**Bar Number: 2011242**

Hannah Huegel
Edwards, CO

**Bar Number: 2013298**

Stephany T. Jackson
Arlington, TX

**Bar Number: 2002138**

Kelli Kristin Johnston
Long Beach, CA



### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 76057**

Benita Terry Jones
Little Rock, AR

**Bar Number: 88009**

Michael A. Joyce
Tulsa, OK

**Bar Number: 84188**

Timothy J. Kennedy
Cedar Rapids, IA

**Bar Number: 81149**

Beverly Stites Jones
Fort Smith, AR

**Bar Number: 95105**

Jill Amonette Kadrie
Signal Mountain, TN

**Bar Number: 2007298**

Sarah B. Kent
Clarksville, AR

**Bar Number: 2010023**

Dylan Charles Jones
Little Rock, AR

**Bar Number: 81103**

Richard Charles Kalkbrenner
Little Rock, AR

**Bar Number: 80077**

Arthur Jay Kerns
Little Rock, AR

**Bar Number: 97032**

Glendell Jones, Jr.
Jonesboro, AR

**Bar Number: 2007244**

Beth Cheeseman Kearney
Irvine, CA

**Bar Number: 2012159**

Daniel S. Ketcher
Coconut Creek, FL

**Bar Number: 74172**

James Phelps Jones
Dallas, TX

**Bar Number: 73064**

Robert Raymond Keegan
Fayetteville, AR

**Bar Number: 2002211**

Jay Juhani Kiiha
Boise, ID

**Bar Number: 2005209**

Jonathan D. Jones
Springdale, AR

**Bar Number: 2004165**

Jason T. Kelly
Alamosa, CO

**Bar Number: 86146**

Judy Adair Kim
Fort Smith, AR

**Bar Number: 94200**

Matthew Ridgway Jones
Little Rock, AR

**Bar Number: 89236**

Jennifer Sevier Kelly
Franklin, TN

**Bar Number: 2000045**

Hardin Barton Kimmel
Memphis, TN

**Bar Number: 2006133**

Samuel Jones
Memphis, TN

**Bar Number: 82202**

Lisa A. Kelly
Seattle, WA

**Bar Number: 73068**

Barry Donald Kincannon
Fort Smith, AR

**Bar Number: 90113**

Tonia Peoples Jones
Little Rock, AR

**Bar Number: 85201**

Thomas G. Kemper
Arnold, MO

**Bar Number: 74092**

Frederick Hulon King
Little Rock, AR



Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 88124**

Michael J. King
Hot Springs, AR

**Bar Number: 87099**

Ronald L. Krueger
Gentry, AR

**Bar Number: 84089**

John Michael Latham
Little Rock, AR

**Bar Number: 2007316**

Jana Kaye Kinkade
North Little Rock, AR

**Bar Number: 84190**

Shelley K. Kurt
Topeka, KS

**Bar Number: 2012208**

Ryan William Lazenby
Little Rock, AR

**Bar Number: 90064**

Christopher Winfield Kirby
Elgin, TX

**Bar Number: 77169**

Walter S. Kyle
Hingham, MA

**Bar Number: 84211**

Erin Leary
Omaha, NE

**Bar Number: 89239**

Jerry M. Kirksey
Bolivar, MO

**Bar Number: 90026**

Barry Joseph Lafarlette
Jonesboro, AR

**Bar Number: 95103**

Joseph Michael Ledbetter
Jonesboro, AR

**Bar Number: 2003029**

Hope Hayden Kizer-O'Briant
Germantown, TN

**Bar Number: 86107**

Carl O. Lamar
Marlow, OK

**Bar Number: 83111**

Clyde E. Lee
Texarkana, TX

**Bar Number: 85085**

Marc Aaron Kline
Florence, SC

**Bar Number: 72123**

Ronald T. Lamay
Kansas City, MO

**Bar Number: 95187**

James Todd Lewis
Springdale, AR

**Bar Number: 2009182**

Toni Koehler
Hot Springs, AR

**Bar Number: 2011292**

Candice M. Lang
New York, NY

**Bar Number: 84090**

Royce Lewis
North Little Rock, AR

**Bar Number: 75184**

James Duncan Kopernak
Jackson, MS

**Bar Number: 80192**

Joni J. Langevoort
Vienna, VA

**Bar Number: 80208**

Stanley Bernard Lewis
Miami, FL

**Bar Number: 75073**

Daniel J. Kroha, Jr.
Little Rock, AR

**Bar Number: 79118**

Alvin Laser
Houston, TX

**Bar Number: 82094**

Bernard Thomas Lienhart, Jr.
Conway, AR


**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

| | | |
|---|---|---|
| **Bar Number: 82095**<br>Charles Knox Lincoln, II<br>Little Rock, AR | **Bar Number: 85050**<br>Adele E. Lucas<br>Fayetteville, AR | **Bar Number: 86112**<br>Joe Elza Madden, Jr.<br>Little Rock, AR |
| **Bar Number: 2000010**<br>Julie Ann Linker<br>Fayetteville, AR | **Bar Number: 85093**<br>George L. Lucas, Jr.<br>Oxford, MS | **Bar Number: 91254**<br>John Kevin Madden<br>Arlington, VA |
| **Bar Number: 93152**<br>Lewis Ward Littlepage<br>Wailuku, HI | **Bar Number: 93223**<br>Marcia Y. Lucas<br>Milwaukee, WI | **Bar Number: 77085**<br>Nancy Jane Mahler<br>Little Rock, AR |
| **Bar Number: 2006340**<br>Andrew R. Liverman<br>Milwaukee, WI | **Bar Number: 84095**<br>Charles R. Lucus<br>New Bloomfield, MO | **Bar Number: 2001048**<br>Daniel Mark Mallory<br>Bella Vista, AR |
| **Bar Number: 2004042**<br>Gary R. Long<br>St. Louis, MO | **Bar Number: 91100**<br>Susan Treece Lusby<br>Fayette, MO | **Bar Number: 92087**<br>Charles Foster Malloy<br>Dallas, TX |
| **Bar Number: 2005003**<br>Susan K. Lourne<br>Trout Lane, WA | **Bar Number: 2011189**<br>Jason Elliot Lynch<br>Little Rock, AR | **Bar Number: 91046**<br>D. Carson Marcantel<br>Baton Rouge, LA |
| **Bar Number: 79197**<br>David Michael Love<br>Lake Zurich, IL | **Bar Number: 83213**<br>Brian G. Lyons<br>Tallahassee, FL | **Bar Number: 76176**<br>Patti Hudson Marks<br>Denver, CO |
| **Bar Number: 88043**<br>R. Kent Lovell<br>Atlanta, GA | **Bar Number: 2014021**<br>Nicholas Russell Lyons<br>Little Rock, AR | **Bar Number: 82101**<br>Pamela Kay Marshall<br>Little Rock, AR |
| **Bar Number: 2007064**<br>Patrick Lee Lowther<br>Atlanta, GA | **Bar Number: 85095**<br>Theodore Edward Mackall, Jr.<br>Dallas, TX | **Bar Number: 79256**<br>Wanda Martar<br>West Memphis, AR |


**Category 1**

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 71097**

John Keith Martensen
Ozona, FL

**Bar Number: 87207**

Cameron Wayne Martin
Tulsa, OK

**Bar Number: 73075**

George W. Mason, III
Fayetteville, AR

**Bar Number: 79176**

Ronald J. Mason
Elgin, TX

**Bar Number: 75084**

James Proctor Massie
Little Rock, AR

**Bar Number: 2008094**

Matthew Richard Matheny
Little Rock, AR

**Bar Number: 77172**

James Price Mathieson, Jr.
Austin, TX

**Bar Number: 86116**

William Travis Mathis, II
Kansas City, MO

**Bar Number: 72125**

Tyrone Eugene May
Lynn Haven, FL

**Bar Number: 76177**

Charles D. Maynard, Jr.
Houston, TX

**Bar Number: 82103**

Walter Pointer Mayo
Holly Grove, AR

**Bar Number: 97055**

Stephanie L. Mays
Fayetteville, AR

**Bar Number: 87112**

Sula Snyder McAuley
Destin, FL

**Bar Number: 84102**

Hiram McBeth, III
Pine Bluff, AR

**Bar Number: 74174**

James Cureton McCaa, III
Virginia Beach, VA

**Bar Number: 92252**

Michael Joseph McCarthy, III
Dellwood, MO

**Bar Number: 89227**

Lagayle Dawn McCarty
Bella Vista, AR

**Bar Number: 83119**

Catherine Jane McClendon
Fayetteville, AR

**Bar Number: 2013009**

Brittney Angela McClinton
Hubbard, TX

**Bar Number: 2007003**

Brittany Leah McCollum
Little Rock, AR

**Bar Number: 76179**

Daniel F. McConnell
Niceville, FL

**Bar Number: 76180**

Linda Grim McCormick
Alvin, TX

**Bar Number: 75171**

Dale Edward McCoy
Falls Church, VA

**Bar Number: 99117**

Scott Edward McCrillis
Garland, TX

**Bar Number: 79204**

Claude Douglas McDaniel
Santa Rosa Beach, FL

**Bar Number: 88134**

Roderick J. McDonald, II
Dallas, TX

**Bar Number: 83120**

James Ferguson McDougal, III
West Memphis, AR



Category 1

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 2010088**

Andrew J. McEnaney
HOUSTON, TX

**Bar Number: 2007219**

Brian James McNamara
Lexington, VA

**Bar Number: 87118**

Barbara Black Meyer
Little Rock, AR

**Bar Number: 97180**

Mary Elizabeth McFadyen
Biloxi, MS

**Bar Number: 95042**

Brandy Mellissa McShane
Springfield, MO

**Bar Number: 99122**

Steven Scott Michaels
Bradenton, FL

**Bar Number: 91139**

Robert Daniel McGill
Augusta, AR

**Bar Number: 2003069**

Sherri J. McVay
Orlando, FL

**Bar Number: 97231**

Cylenthia LaToye Miller
Detroit, MI

**Bar Number: 92235**

Colleen M. McGrail
Little Rock, AR

**Bar Number: 91086**

Alan R. McWilliams
Little Rock, AR

**Bar Number: 73160**

Glanetta Miller
Reston, VA

**Bar Number: 74104**

E. Winton McInnis, III
Little Rock, AR

**Bar Number: 2001206**

Matthew J. McWilliams
Gilbert, AZ

**Bar Number: 89065**

Jennifer Jane Miller
Washington, DC

**Bar Number: 98235**

Paula Michelle McKissick
Stafford, AZ

**Bar Number: 2002131**

Andrew B. Mead
Springfield, MO

**Bar Number: 79207**

Michael K. Miller
Albany, OR

**Bar Number: 2007301**

Cline Wesley McKnight
Fayetteville, AR

**Bar Number: 2008033**

Mandy Nicole Meadors
Little Rock, AR

**Bar Number: 83128**

Rodney Reed Miller
Dallas, TX

**Bar Number: 85106**

Roger E. McMillan
Fayetteville, AR

**Bar Number: 2010092**

Wayne Tristan Mehlin
North Little Rock, AR

**Bar Number: 94079**

Theresa Gardiner Miller
Peoria, IL

**Bar Number: 82204**

John R. McNair
Dallas, TX

**Bar Number: 81206**

Teresa Flynn Melendez
El Paso, TX

**Bar Number: 73161**

Ronald C. Mills
San Antonio, TX


## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 83215**

Mary Helen Mitchell
Texarkana, AR

**Bar Number: 95215**

Cynthia Walton Moriconi
Little Rock, AR

**Bar Number: 90115**

Charlotte B. Murphy
Roland, AR

**Bar Number: 97174**

DeeNita Dawn Moak
Alexandria, VA

**Bar Number: 82114**

David Emmett Morris
Fayetteville, AR

**Bar Number: 93205**

Jackie James Murphy
Little Rock, AR

**Bar Number: 2007031**

Brendan Tattersall Monaghan
Little Rock, AR

**Bar Number: 2007107**

Melissa Marie Morris
Houston, TX

**Bar Number: 88195**

Shannon Murphy
Los Angeles, CA

**Bar Number: 93220**

Marcia Montee
Little Rock, AR

**Bar Number: 77094**

William Thomas Morris
Dallas, TX

**Bar Number: 86131**

Dane J. Myers
Springdale, AR

**Bar Number: 83130**

Tony Elliet Montgomery
Colorado Springs, CO

**Bar Number: 2008244**

Neil Carlton Moss
McKinney, TX

**Bar Number: 89046**

Ronald Keith Myers
Wake Village, TX

**Bar Number: 2002178**

Kyle Evan Waters Moody
Sallisaw, OK

**Bar Number: 74003**

Franklin Jackson Mott, III
Little Rock, AR

**Bar Number: 81208**

Dana G. Nahlen
Dallas, TX

**Bar Number: 94229**

D. Mark Moore
Austin, TX

**Bar Number: 90056**

Patrick Wyatt Moudy
Burkburnett, TX

**Bar Number: 98136**

Christy Lee Naylor
Dallas, TX

**Bar Number: 89216**

Lewis B. Moore, III
Phoenix, AZ

**Bar Number: 85134**

Karen Queen Mourad
Carefree, AZ

**Bar Number: 2008204**

Daniel Shanks Newell
West Jefferson, NC

**Bar Number: 2012021**

Austin Kyle Morgan
Austin, TX

**Bar Number: 84195**

Patti S. Mullins
Harrison, AR

**Bar Number: 93037**

Anna Marie Newton
Murfreesboro, TN



**Category 1**

## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 82066**

Ann Kell Nichols
Vashon, WA

**Bar Number: 82207**

James Patrick O'Connor
Vancouver, WA

**Bar Number: 2000139**

Jennifer K. Owens
Little Rock, AR

**Bar Number: 93071**

Jonnie M. Nix
St. Paul, MN

**Bar Number: 83137**

Thomas J. O'Hern
Orlando, FL

**Bar Number: 85124**

Steff Padilla
Sherman Oaks, CA

**Bar Number: 2006337**

Scott Nolen
New York, NY

**Bar Number: 84206**

David Marshall Olive
Fort Smith, AR

**Bar Number: 2003179**

Miles Montgomery Parks
Little Rock, AR

**Bar Number: 91094**

Barbara Lake Notter
Clarksdale, MS

**Bar Number: 94062**

Frank A. O'Mara
Little Rock, AR

**Bar Number: 70092**

Max R. Parrish
Washington, DC

**Bar Number: 2004157**

Jessica A. Novak
Rogers, AR

**Bar Number: 98250**

David Michael Orland
Arlington, VA

**Bar Number: 2008252**

Matthew Brent Parsons
Little Rock, AR

**Bar Number: 93064**

Kim Caroline Novicki
Los Angeles, CA

**Bar Number: 74180**

Patrick Dale O'Rourke
Joelton, TN

**Bar Number: 96150**

William R. Patterson, III
Paris, TX

**Bar Number: 87124**

George Edward Nowotny, III
Anaheim, CA

**Bar Number: 75174**

Roger Dwayne Osburn
Houston, TX

**Bar Number: 80113**

Beth Angela Peace
Harrison, AR

**Bar Number: 2000129**

Stephanie Marie O'Brien
Galway, Ireland

**Bar Number: 2011092**

Matthew Osman
Fennville, MI

**Bar Number: 91097**

Linda Jo Peacock
Birmingham, AL

**Bar Number: 97076**

Lisa Ann Ochs
Brookland, AR

**Bar Number: 86137**

Bobby Dan Owens, Jr.
Bentonville, AR

**Bar Number: 83217**

Paul W. Pearson
Dallas, TX



## Category 1

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 95010**

Ann M. Pellegrino
Parker, TX

**Bar Number: 2007181**

Wrona R. Pierce
Little Rock, AR

**Bar Number: 91213**

Jason Douglas Prather
Little Rock, AR

**Bar Number: 87132**

David H. Pennington
Little Rock, AR

**Bar Number: 96232**

Raymond Chad Pifer
Atlanta, GA

**Bar Number: 93216**

Robin Leigh Proctor
Little Rock, AR

**Bar Number: 89144**

Denise Perry
Richmond, VA

**Bar Number: 91220**

Leslie L. Pirtle
Tyler, TX

**Bar Number: 74125**

Allan Franklin Pruitt
Little Rock, AR

**Bar Number: 2010117**

James Thomas Perry, Jr.
Houston, TX

**Bar Number: 90227**

Betty Ann Pitts
Afton, OK

**Bar Number: 73097**

Charles Jesse Pugh
Little Rock, AR

**Bar Number: 89097**

Rae Rice Perry
Pine Bluff, AR

**Bar Number: 73164**

James Thurman Pitts
Rockville, MD

**Bar Number: 89086**

Penny Pumphrey
Dallas, TX

**Bar Number: 78126**

Gary Don Person
Allen, TX

**Bar Number: 84124**

Mark Allen Plake
Glendale, AZ

**Bar Number: 87203**

Mary Pat Rabroker
Dallas, TX

**Bar Number: 94213**

Donna M. Phillips
Stillwater, OK

**Bar Number: 97178**

William C. Plouffe, Jr.
Kutztown, PA

**Bar Number: 2003220**

Robert Morris Ragland
Fayetteville, AR

**Bar Number: 90065**

Kevin Hines Phillips
Bryan, TX

**Bar Number: 99057**

Anita Kay Poole
Poteau, OK

**Bar Number: 89200**

Sloan R. Raney
Jonesboro, AR

**Bar Number: 95153**

Michael Scott Phillips
Columbus, GA

**Bar Number: 2003048**

Tracy Lynn Powell
Hope, AR

**Bar Number: 79236**

Marilyn Frances Rauch
Little Rock, AR



**Category 1**

### Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 87209**

James Douglas Redpath
Phoenix, AZ

**Bar Number: 79188**

James Wayne Richardson
Tucson, AZ

**Bar Number: 96011**

Spencer Raymond Robinson
Shelbyville, KY

**Bar Number: 2005103**

Kevin E. Reed
Memphis, TN

**Bar Number: 79189**

William Frank Ridlon, II
Elizabethtown, KY

**Bar Number: 94041**

Patrick William Rodery
Mountain Grove, MO

**Bar Number: 98227**

Paul Erwin Reeves
Sebastian, FL

**Bar Number: 84199**

David Wylie Riner
Portland, TX

**Bar Number: 91025**

Rick M. Rodery
Piggott, AR

**Bar Number: 78205**

Emil Ernst Reichstadt
Dallas, TX

**Bar Number: 2008136**

James Allen Roach
Dallas, TX

**Bar Number: 2002056**

Barclay Rogers
Auckland, New Zeland

**Bar Number: 95195**

Linda Ann Reid
Milwaukee, WI

**Bar Number: 90155**

William Sayer Roach
Little Rock, AR

**Bar Number: 91137**

Gill A. Rogers
Little Rock, AR

**Bar Number: 82133**

James Richard Reierson
Walla Walla, WA

**Bar Number: 85137**

Cecilia Roberts
Boston, MA

**Bar Number: 77114**

James Maurice Rogers
North Little Rock, AR

**Bar Number: 88155**

Kathleen Reynolds
Little Rock, AR

**Bar Number: 2000060**

James Garry Roberts, II
Springdale, AR

**Bar Number: 86151**

Karen T. Rogers
Little Rock, AR

**Bar Number: 90114**

Sarah Wilson Rice
Richmond, IN

**Bar Number: 2006338**

Jason Scott Roberts
Valparaiso, IN

**Bar Number: 73166**

Richard O. Rogers
Texarkana, TX

**Bar Number: 76105**

F. Eugene Richardson
Prairieville, LA

**Bar Number: 75106**

Raymond Randolph Roberts
Wilmington, NC

**Bar Number: 2011290**

Robert Brian Rogers
State University, AR



## Suspended-license Status
## Nonpayment of License Fee and Penalties

**Bar Number: 85139**

Susan M. Rogers
Denver, CO

**Bar Number: 85207**

Steven R. Saindon
San Antonio, TX

**Bar Number: 83225**

Walter G. Schmidt
Centennial, CO

**Bar Number: 90140**

James H. Rollins, II
St. Louis, MO

**Bar Number: 85174**

Nora H. Sams
Edmond, OK

**Bar Number: 95088**

William Dean Schubert
Glenwood Springs, CO

**Bar Number: 96207**

Kathryn Massey Roset
Little Rock, AR

**Bar Number: 86153**

Laquita Saunders
Jonesboro, AR

**Bar Number: 97059**

Robert Lloyd Schultz
Houston, TX

**Bar Number: 2014250**

Nicholas J. Ross
Atlanta, TX

**Bar Number: 89160**

Charles Robert Scanlon
Chesterfield, MO

**Bar Number: 94074**

Keith Alan Scott
Dallas, TX

**Bar Number: 2010185**

Jennifer Danielle Rossmeier
San Antonio, TX

**Bar Number: 99169**

Paul Dedman Scarborough
Pembroke Pines, FL

**Bar Number: 87155**

Robert L. Scull, III
Little Rock, AR

**Bar Number: 87150**

Jeffery S. Rubel
Milford, OH

**Bar Number: 80128**

Daniel Kent Schieffler
West Helena, AR

**Bar Number: 87158**

Andy O'Neal Shaw, III
Little Rock, AR

**Bar Number: 90124**

Robert A. Russell, Jr.
Little Rock, AR

**Bar Number: 2006261**

Lauren Michelle Schlesinger
Tempe, AZ

**Bar Number: 2010005**

Bradley S. Shelts
Scottsdale, AZ

**Bar Number: 2003022**

Brenna J. Ryan
Phoenix, NY

**Bar Number: 91185**

Joanne S. Schlueter
Cleburne, TX

**Bar Number: 2002156**

Bradley D. Shepherd
Fayetteville, AR

**Bar Number: 94051**

Dawn Michele Rystrom
Bentonville, AR

**Bar Number: 87210**

Richard Fredric Schmidt
Mount Pleasant, SC

**Bar Number: 81143**

Anthony Jay Sherman
Fayetteville, AR

## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 82146**

Elisabeth Hulen Shipley
Midlothian, VA

**Bar Number: 2006105**

Larry D. Sims, II
Memphis, TN

**Bar Number: 88050**

Robert Ray Smith
Austin, TX

**Bar Number: 2012145**

Stephen Anthony Shoptaw
Benton, AR

**Bar Number: 2010264**

Michael Andrew Singleton
Little Rock, AR

**Bar Number: 2005254**

Ruston B. Smith
Chicaco, IL

**Bar Number: 2006312**

Adam B. Short
Jacksonville, AR

**Bar Number: 91059**

Lynn J. Skinner
Heber Springs, AR

**Bar Number: 81222**

Scott Floyd Smith
New York, NY

**Bar Number: 82211**

Rickey C. Shumaker
Texarkana, TX

**Bar Number: 87038**

Stacey Slaughter
Muldrow, OK

**Bar Number: 83167**

Lillian Chere' Sneed
North Little Rock, AR

**Bar Number: 94214**

Katherine Shurlds
Fayetteville, AR

**Bar Number: 94037**

Bernadette Smith
Kingston, AR

**Bar Number: 2007233**

Curt Reid Soefker
Memphis, TN

**Bar Number: 91109**

Janne Giroir Siegel
Little Rock, AR

**Bar Number: 74184**

Charles Edwin Smith, II
Arlington, TX

**Bar Number: 98092**

Evan Reno Sotiriou
St. Louis, MO

**Bar Number: 90207**

Sharon Russell Sigmon
Bethal, AK

**Bar Number: 83165**

Craig T. Smith
Miami Beach, FL

**Bar Number: 91084**

Rodney Bryan Sparkman
Tulsa, OK

**Bar Number: 77073**

David Barton Simmons
Little Rock, AR

**Bar Number: 86199**

Jeffrey Douglas Smith
Livermore, CA

**Bar Number: 82149**

Gary Stephen Spicer
New York, NY

**Bar Number: 2007206**

Brian P. Simpson
Greensboro, NC

**Bar Number: 77127**

Julia L. Smith
Florissant, MO

**Bar Number: 2000095**

Larry Leister Spradlin
Greenbrier, AR



**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

Bar Number: 98081

Bartley Stiers Spung
Montgomery, AL

Bar Number: 85156

Wallace M. Story, Jr.
Little Rock, AR

Bar Number: 79122

Arthur H. Stuenkel
Little Rock, AR

Bar Number: 89047

John Paul Stanford
Dallas, TX

Bar Number: 99063

Scott Anthony Strain
North Little Rock, AR

Bar Number: 98215

Heather Holt Sudbury
Nashville, TN

Bar Number: 92090

Patrick Dewayne Stauber
Prosper, TX

Bar Number: 81224

Joseph Post Stringer
Flagstaff, AZ

Bar Number: 88170

Russell Whitfield Sullivan
Arlington, VA

Bar Number: 94031

Ramona G. Stein
Springdale, AR

Bar Number: 80140

James Orville Strother
Wichita, KS

Bar Number: 70069

Hugo Swan, Jr.
Victoria, TX

Bar Number: 79262

Richard B. Steinkamp
Washington, DC

Bar Number: 75178

Martha Lou Strother
Little Rock, AR

Bar Number: 84141

Debra K. Sweetser
Fayetteville, AR

Bar Number: 94178

Karlene Selethea Stevens
West Palm Beach, FL

Bar Number: 75179

David C. W. Stuart
Georgetown, KY

Bar Number: 94085

Sarah Alston Sweetser
Tarboro, NC

Bar Number: 96220

Kelly Sanders Stevenson
Olive Branch, MS

Bar Number: 87167

Michael Edward Stubblefield
Visalia, CA

Bar Number: 87169

Linda Synnott
Athens, TN

Bar Number: 84097

Nancy Marinko Stewart
Benton, AR

Bar Number: 84140

James Gilmore Stuckey, III
Marietta, GA

Bar Number: 98056

Joseph D. Talley
Roswell, NM

Bar Number: 2004146

Dawn Marie Stidd
El Dorado, AR

Bar Number: 94083

Lester Carl Stuckmeyer, Jr.
St. Louis, MO

Bar Number: 2011084

Stephen M. Talley
Des Moines, IA



**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

| | | |
|---|---|---|
| **Bar Number: 2004059**<br>Anna Elizabeth Taylor<br>Washington, DC | **Bar Number: 73171**<br>Allen Wayne Timmons<br>Springhill, LA | **Bar Number: 86169**<br>Mary Kim Vance<br>Nashville, TN |
| **Bar Number: 69093**<br>Robert G. Taylor, II<br>Houston, TX | **Bar Number: 93182**<br>Marti S. Toennies<br>Little Rock, AR | **Bar Number: 2006280**<br>Sarah K. Vanderbush<br>Fayetteville, AR |
| **Bar Number: 87171**<br>Douglas Neil Teaster<br>Springdale, AR | **Bar Number: 86167**<br>C. F. Tompkins, III<br>Pismo Beach, CA | **Bar Number: 79128**<br>Linda Kay Vandever<br>Rogers, AR |
| **Bar Number: 86163**<br>Bruce Eric Tennant<br>Sherwood, AR | **Bar Number: 98170**<br>Sue Ann Toopes<br>Bowling Green, KY | **Bar Number: 2008226**<br>Jason Lawrence Vaughn<br>Fort Smith, AR |
| **Bar Number: 74188**<br>Kent Lashley Tharel<br>Fayetteville, AR | **Bar Number: 2008097**<br>Angela S. Torn<br>Houston, TX | **Bar Number: 2006247**<br>Lynda Darlene Vaughn<br>Nome, AK |
| **Bar Number: 96249**<br>Cheryl Minnix Thigpen<br>Tulsa, OK | **Bar Number: 2000179**<br>E. Nicole Trail<br>Memphis, TN | **Bar Number: 2006327**<br>Adam M. Vehik<br>Austin, TX |
| **Bar Number: 84201**<br>Martin K. Thomas<br>Dallas, TX | **Bar Number: 92196**<br>Wayne Traywick<br>Seattle, WA | **Bar Number: 2004218**<br>Liisa K. Vehik<br>Alexandria, VA |
| **Bar Number: 2005283**<br>Joshua James Thompson<br>Jonesboro, AR | **Bar Number: 73172**<br>John T. Tuohey<br>New Orleans, LA | **Bar Number: 81159**<br>William John Velek<br>Greenbrier, AR |
| **Bar Number: 91153**<br>Alisa J. Thorne-Corke<br>Fayetteville, AR | **Bar Number: 99089**<br>Heather Leigh Turnbull<br>Fort Lauderdale, FL | **Bar Number: 79274**<br>Christopher William Venters<br>Luther, OK |


## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 76190**

Joe Darrell Villines, Jr.
Marsfield, MO

**Bar Number: 88177**

Richard Clark Vint
Dubai, UAE

**Bar Number: 2007179**

Shay Suzanne Virtue
Duluth, GA

**Bar Number: 91239**

Ronald Scott Waddell
Jonesboro, AR

**Bar Number: 89081**

L. Ed Wallen
Perryville, AR

**Bar Number: 93153**

Mark Nathaniel Waller
Fayetteville, AR

**Bar Number: 73169**

John R. Ward
Virginia Beach, VA

**Bar Number: 89219**

Michael Alan Ward
Charlottesville, VA

**Bar Number: 84158**

Paul Joseph Ward
Little Rock, AR

**Bar Number: 88180**

Jeffrey G. Ware
Fayetteville, AR

**Bar Number: 2007155**

Blake William Warren
Houston, TX

**Bar Number: 2005113**

Michael Edward Warrick
Columbia, MO

**Bar Number: 97034**

Christopher Lieuwes Wassenaar
Atlanta, GA

**Bar Number: 85165**

Field Kindley Wasson, Jr.
Little Rock, AR

**Bar Number: 90213**

Teena Knepper Watkins
Vilonia, AR

**Bar Number: 97226**

Timon Jeremy Watson
Dallas, TX

**Bar Number: 94237**

Cari Leigh Weaver
Tahlequah, OK

**Bar Number: 85167**

Steve Allan Weaver
Little Rock, AR

**Bar Number: 92195**

Ed Webb
Conway, AR

**Bar Number: 98214**

Kimberly D. Webb
Orlando, FL

**Bar Number: 94143**

Grace Ann Weber
Little Rock, AR

**Bar Number: 74193**

Thomas Winston Weeks
Wichita, KS

**Bar Number: 79135**

Robert Travis Wells
Raleigh, NC

**Bar Number: 2003168**

Kami Shawn Wentz
North Little Rock, AR

**Bar Number: 71077**

Donald James West
Harrison, AR

**Bar Number: 85210**

Lisa Evelyn West
Greenville, IN

**Bar Number: 80191**

Kauve Solange Westbrook
St. Simons Island, GA



## Suspended-license Status
### Nonpayment of License Fee and Penalties

**Bar Number: 84041**

Sharon Westhoff
Raymore, MO

**Bar Number: 2009256**

Derrick L. Williams
Washington, DC

**Bar Number: 98064**

Shannon Antoinette Wilson
Columbia, MO

**Bar Number: 89092**

John Charles White
Austin, TX

**Bar Number: 76192**

James Thomas Williamson
Hockessin, DE

**Bar Number: 72134**

Lanny Thalbert Winberry
Sacramento, CA

**Bar Number: 2011235**

Wesley DeWayne Whitmore
Fayetteville, AR

**Bar Number: 81238**

Henry M Willis
Los Angeles, CA

**Bar Number: 98009**

Stephanie Tyner Winstanley
Little Rock, AR

**Bar Number: 2005048**

Vallie J. Wilkerson
Vilonia, AR

**Bar Number: 76193**

Clyde E. Wilson
Clinton, TN

**Bar Number: 2007317**

Douglas Robert Wood, Jr.
Canton, MI

**Bar Number: 82178**

James H. Wilkins, Jr.
Little Rock, AR

**Bar Number: 70097**

Douglas Linn Wilson
Naples, FL

**Bar Number: 92222**

Jonathan David Wood
Akron, OH

**Bar Number: 96142**

Christopher J. Will
Valdosta, GA

**Bar Number: 2001088**

Elizabeth A. Wilson
Washington, DC

**Bar Number: 75143**

Robert Harlin Wood, Jr.
Little Rock, AR

**Bar Number: 2011273**

Alisha Kay Williams
Fayetteville, AR

**Bar Number: 77143**

J. Gregory Wilson
Little Rock, AR

**Bar Number: 91215**

Anthony Joe Woods
Maumelle, AR

**Bar Number: 79267**

Ann Emile Williams
Jonesboro, AR

**Bar Number: 2010115**

Justin C. Wilson
Saint Louis, MO

**Bar Number: 77146**

Mark Woodville
Hot Springs, AR

**Bar Number: 92204**

Benton Darrell Williams
Chicago, IL

**Bar Number: 2005025**

Niki Taneeka N. Wilson
Little Rock, AR

**Bar Number: 2006301**

Eric P. Woodward
Fayetteville, AR



**Suspended-license Status**
**Nonpayment of License Fee and Penalties**

**Bar Number: 2010167**

Jonathan Andrew Wright
Lexington, KY

**Bar Number: 97241**

Julie Purifoy Wright
Tyler, TX

**Bar Number: 94185**

Robin Wade Wright
Highland Village, TX

**Bar Number: 2007112**

Steven Wright
Washington, DC

**Bar Number: 2007020**

Joe Lee Wyatt
Memphis, TN

**Bar Number: 75183**

James Joseph Wyllie, Jr.
New Orleans, LA

**Bar Number: 90187**

Amy Oakes Young
Shreveport, LA

**Total Count: 763**



**Returned to paid status since the last per curiam
order regarding the status of license fees**

Bar Number: 89017
Christopher Jewel Acklin
Mount Vernon, AR

Bar Number: 82001
John Childs Aldworth
Clinton, AR

Bar Number: 95282
Thomas Irvison Anderson
Conway, AR

Bar Number: 86215
Robin Dale Ball
Los Angeles, CA

Bar Number: 85012
Mikel Robert Blocker
Rogers, AR

Bar Number: 89100
Charles S. Bohannon
Dallas, TX

Bar Number: 89221
Stephanie M. L. Bowden
Russellville, AR

Bar Number: 2011105
Kelly Beth Bowie
Ashdown, AR

Bar Number: 2004186
S. Renee Brida
Surprise, AZ

Bar Number: 2006345
Kassi Richey Burns
Alexandria, VA

Bar Number: 2003173
Kristin Cordell Camp
Bigelow, AR

Bar Number: 2011114
Heather McNew Carter
Little Rock, AR

Bar Number: 2013071
Bethany Gaskin Cason
Hickory Ridge, AR

Bar Number: 2012100
Eugene P. Clifford
Little Rock, AR

Bar Number: 71015
James Michael Cogbill
Fort Smith, AR

Bar Number: 86028
Kevin Eugene Collins
Birmingham, AL

Bar Number: 2014082
Anthoney Kristopher Lee Coon
Fayetteville, AR

Bar Number: 96177
David Powell Cotten
Texarkana, TX

Bar Number: 2000140
Laura Lee Cunningham
Fort Smith, AR

Bar Number: 2000028
Darrel E. Davis, Jr.
Farmington, AR

Bar Number: 99016
Forchisha Martauna Oepole Dav
St. Charles, MO

Bar Number: 2001228
Minor W. "Trey" Davis, III
Texarkana, TX

Bar Number: 80176
Sheryl Dicker
Mamaroneck, NY

Bar Number: 74169
James Richard Eads, Jr.
Austin, TX

Bar Number: 85215
Cynthia Ann Falls
Alexandria, VA

Bar Number: 2011089
Jennifer Dianne Felts
Little Rock, AR

Bar Number: 80179
Daniel Blake Fincher
North Myrtle Beach, SC

Bar Number: 2006321
John A. Frase
Albuquerque, NM

Bar Number: 2001263
Thomas Phillip Germeroth
St. Louis, MO

Bar Number: 84035
Donna Kay Gilbrech
Little Rock, AR, AR


**Category 2**

**Returned to paid status since the last per curiam
order regarding the status of license fees**

**Bar Number: 2002186**
Cheryl L. Gildner
Arkadelphia, AR

**Bar Number: 82015**
Charlene F. Julian
Little Rock, AR

**Bar Number: 2009038**
Cynthia Grooms Marvin
Little Rock, AR

**Bar Number: 2013054**
Mitzi Griffin
Little Rock, AR

**Bar Number: 2009024**
Angela Diane Kendrick
Irving, TX

**Bar Number: 2002125**
Todd Alan Mazzanti
Lake Village, AR

**Bar Number: 2000089**
Kelly Hopkins Halstead
El Dorado, AR

**Bar Number: 74091**
Joseph E. Kilpatrick, Jr.
Little Rock, AR

**Bar Number: 2006313**
Michelle Mallon McCall
Houston, TX

**Bar Number: 77164**
William Michael Hamilton
Nashville, TN

**Bar Number: 88125**
Patrick Russell Kirby
Houston, TX

**Bar Number: 2008016**
Elizabeth McCandless
Little Rock, AR

**Bar Number: 97006**
Michelle Harkey
Searcy, AR

**Bar Number: 74093**
Neal Bartlett Kirkpatrick
Tulsa, OK

**Bar Number: 2015055**
Mackenzie Meador
Austin, TX

**Bar Number: 2010268**
James Owen Howe
Little Rock, AR

**Bar Number: 83102**
Timothy Charles Klinger
Fayetteville, AR

**Bar Number: 90028**
James Noel Miller
Forrest City, AR

**Bar Number: 96156**
James Lee Hudson
Little Rock, AR

**Bar Number: 94043**
Beth Ann Long
Little Rock, AR

**Bar Number: 98035**
Mark William Milstead
Oxford, MS

**Bar Number: 2006156**
Kathryn Murray Irby
Little Rock, AR

**Bar Number: 98193**
Melanie Hope Long
Fayetteville, AR

**Bar Number: 2003113**
Whitney L. Moore
Little Rock, AR

**Bar Number: 92120**
Joseph Patrick Jaynes
Searcy, AR

**Bar Number: 2007295**
Reed D. Luhtanen
Bentonville, AR

**Bar Number: 70050**
Robert F. Morehead
Pine Bluff, AR

**Bar Number: 2005111**
Larry E. Jones
Coppell, TX

**Bar Number: 2008018**
R. Clive Markland
Houston, TX

**Bar Number: 2003216**
Carmen Marie Mosley-Sims
Little Rock, AR



**Returned to paid status since the last per curiam
order regarding the status of license fees**

**Bar Number: 95246**
Chantel Deniese Mullen
Atlanta, GA

**Bar Number: 2007138**
Barrett T. Rogers
Beebe, AR

**Bar Number: 74142**
Clarence Daniel Stripling
Little Rock, AR

**Bar Number: 77175**
Ronald L. Mullins
LAS VEGAS, NV

**Bar Number: 73105**
Frances Howell Rudko
Fayetteville, AR

**Bar Number: 94003**
Charles V. Suphan
Conway, AR

**Bar Number: 2013215**
Harold David Nations
Heber Springs, AR

**Bar Number: 2001121**
Roshini Eva Samuel
Little Rock, AR

**Bar Number: 2001070**
Kristen H. Taylor
Fayetteville, AR

**Bar Number: 2008288**
Lisa Michelle Neal-Graves
Parker, CO

**Bar Number: 92019**
Joseph William Segers, III
Nashville, TN

**Bar Number: 95270**
Rebecca Bost Tucker
Little Rock, AR

**Bar Number: 77136**
Patricia A. Page
Mena, AR

**Bar Number: 2012040**
Timothy Erik Semelka
Fairfax, VA

**Bar Number: 2010033**
Naporsha Moneek Valentine
Little Rock, AR

**Bar Number: 2003151**
Bryan L. Powell
Bentonville, AR

**Bar Number: 2012143**
Bradford R. Shumpert
Signal Mountain, TN

**Bar Number: 2009012**
James M. Van Buskirk
Clearfield, UT

**Bar Number: 80199**
Reba Ann Raffaelli
Arlington, VA

**Bar Number: 2006136**
Delaine R. Smith
Memphis, TN

**Bar Number: 77138**
R. Keith Vaughan
Jacksonville, AR

**Bar Number: 2011025**
Andrew H. Raines
Eads, TN

**Bar Number: 75118**
Theodore Carlyle Smith
Rogers, AR

**Bar Number: 76140**
James Frederick Werner
Little Rock, AR

**Bar Number: 76106**
Richard D. Ries
Blythewood, SC

**Bar Number: 2000142**
Eric W. Soller
Charleston, AR

**Bar Number: 2008159**
Aileen Solovy Wiede
Mechanicsburg, PA

**Bar Number: 86148**
Chet Roberts
Little Rock, AR

**Bar Number: 74137**
Paul Wesley Stanfield
Austin, TX

**Bar Number: 2005069**
James W. Williams
Little Rock, AR



**Category 2**

**Returned to paid status since the last per curiam
order regarding the status of license fees**

**Bar Number: 2001108**
Robert Kirk Williams
Chicago, IL

**Bar Number: 99123**
Paige Evans Young
Fayetteville, AR

**Total Count: 92**